

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>ATOO SAKHRANI,<br><br>                Debtor. | Case No.: 06-16563 (DHS<br><br>Judge:   Donald H. Steckroth, U.S.B.J. |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Nov. 29, 2006

/s/ Steckroth
USBJ

**Page 2**
Debtor:           Atoo Sakhrani
Case No.:         06-16563 (DHS)
Caption of Order: **Order**

---

This matter having been opened to the court upon motion of First National Bank of Arizona (hereinafter "FNBA") to dismiss the bankruptcy proceeding filed by Atoo Sakhrani, Debtor *Pro Se* (hereinafter "Debtor"), and for prospective relief from the automatic stay for any future bankruptcy filings by the Debtor, and the Court having reviewed the pleadings and opposition to the motion filed in this matter by the Debtor, and having heard the arguments of counsel and Mr. Sakhrani, and for the reasons set forth in the Court's Letter Opinion of November 29, 2006, and for good cause shown, it is

ORDERED that the within bankruptcy proceeding be and the same is hereby dismissed; and it is further

ORDERED that FNBA be granted prospective relief from the automatic stay for any future bankruptcy filings by Mr. Sakhrani.